U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 3 0 2005

ROBERT H. SHEMWELL, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RICKEY TRAVIS                        CIVIL ACTION NO. 04-0899

VERSUS                               JUDGE S. MAURICE HICKS, JR.

JOHN E. POTTER, POSTMASTER           MAGISTRATE JUDGE HORNSBY
GENERAL

## ORDER

This matter is before the Court on Defendant John E. Potter's Motion for Summary Judgment. (Document 9). Potter moved for summary judgment on Plaintiff Rickey Travis' hostile work environment claim, retaliation claim, and state law claims under the Louisiana Employment Discrimination Law. Potter did not move for summary judgment as to Travis' disability discrimination claim under the Rehabilitation Act of 1973.

After reviewing the entire record, the Court finds that summary judgment in favor of Defendant John E. Potter is proper as a matter of law as to any Title VII hostile work environment claim related to race, retaliation claim, and state law claims under the Louisiana Employment Discrimination Law. Plaintiff Rickey Travis' claim of disability discrimination under the Rehabilitation Act of 1973, including his hostile work environment claim under the Rehabilitation Act, shall proceed.

Accordingly;

**IT IS ORDERED** that Defendant John E. Potter's Motion for Summary Judgment (Document 9) be and is hereby **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff Rickey Travis' Title VII hostile work environment claim related to race, retaliation claim, and state law claims under the

Louisiana Employment Discrimination Law are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff Rickey Travis' claim of disability discrimination under the Rehabilitation Act of 1973, including his hostile work environment claim under the Rehabilitation Act, shall proceed.

**THUS DONE AND SIGNED**, Shreveport, Louisiana, this 30th day of September, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE